## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Case No.: 3:18-cr-119 |
| Plaintiff, | : | Judge Thomas M. Rose |
| v. | : | **NOTICE OF APPERANCE OF COUNSEL FOR DEFENDANT** |
| **ROSHAWN WINBURN,** | : | |
| Defendant. | : | |

Now comes David P. Williamson of the law firm of Bieser, Greer & Landis, LLP, 6 N. Main Street, Dayton, Ohio 45402, and hereby gives notice of his entry of appearance of counsel for Defendant.

Respectfully submitted,

*/s/ David P. Williamson*
David P. Williamson (#0032614)
BIESER, GREER & LANDIS LLP
6 N. Main Street, Suite 400
Dayton, Ohio 45402-1908
Office:  (937) 223-3277
Direct:  (937) 250-7776
E-mail: dpw@biesergreer.com
Fax: (937) 223-6339
*Attorney for Defendant RoShawn Winburn*

## **CERTIFICATE OF SERVICE**

This is to certify that on the **9th** day of **May, 2019**, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and that a true and correct copy of the foregoing document was electronically mailed to all parties who are registered users of the Efiling System.

        BIESER, GREER & LANDIS, LLP

        */s/ David P. Williamson*
        David P. Williamson (#0032614)

4842.219118 / 740460