## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Case No.: 3:18-cr-119 |
| Plaintiff, | : | Judge Thomas M. Rose |
| v. | : | **MOTION FOR CONTINUANCE** |
| **ROSHAWN WINBURN,** | : | |
| Defendant. | : | |

Now comes Defendant, by and through counsel, and hereby moves the Court for a continuance of the Trial currently scheduled before this court on June 24, 2019, and all other pre-trial dates that relate thereto.

As grounds for said Motion, Defendant represents to the Court that both he and his counsel were affected by the Memorial Day tornados that struck the region on May 27, 2019, that the loss of power and communication made the review of Discovery received from the Government very difficult if not impossible, and that more time is needed for both Defendant and his counsel to review the Discovery, which is voluminous. A continuance will allow Defendant to adequately prepare for trial. Defendant is willing to waive his rights to a speedy trial during the time period of the continuance.

Respectfully submitted,

*/s/ David P. Williamson*
David P. Williamson (#0032614)
BIESER, GREER & LANDIS LLP
6 N. Main Street, Suite 400
Dayton, Ohio 45402-1908
Office:  (937) 223-3277
Direct:  (937) 250-7776
E-mail: dpw@biesergreer.com
Fax: (937) 223-6339
*Attorney for Defendant RoShawn Winburn*

## CERTIFICATE OF SERVICE

This is to certify that on the **3rd** day of **June, 2019**, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and that a true and correct copy of the foregoing document was electronically mailed to all parties who are registered users of the Efiling System.

BIESER, GREER & LANDIS, LLP

*/s/ David P. Williamson*
David P. Williamson (#0032614)

4842.219118 / 740460