# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA**

        **Plaintiff,**

**-vs-**                                     **Case No. 3:18-CR-119**
                                         **District Judge Thomas M. Rose**

**ROSHAWN WINBURN**

        **Defendants.**

---

### ORDER GRANTING MOTION TO CONTINUE TRIAL

---

On October 11, 2019, a hearing was held in open Court on Defendant's Motion for Continuance (doc. 20). Government had no objection. The Court made finding that within the factual and legal confines of this case, the ends of justice served by granting said motion outweighs the best interests of the public and Defendant's to a speedy trial.

IT IS HEREBY ORDERED that the forgoing Motion for Continuance (doc. 20) is **GRANTED**. The Jury Trial for this matter has been reset for **Monday, February 24, 2020 at 9:00 a.m.** in Courtroom 2. A Final Pretrial Conference has been set for **Tuesday, February 11, 2020 at 1:30 p.m.** The delay occasioned by this continuance shall be deemed an excusable delay pursuant to the provisions to 18 U.S.C. §3161(h)(7)(A) in computing time from indictment to trial under the Speedy Trial Act.

IT IS SO ORDERED.

Date: October 11, 2019

                                           *s/Thomas M. Rose*
                                           THOMAS M. ROSE, JUDGE
                                           UNITED STATES DISTRICT COURT