**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Case No.: 3:18-cr-119 |
| Plaintiff, | : | Judge Thomas M. Rose |
| v. | : | <u>**Waiver of Right to Appear in Person**</u> |
| **ROSHAWN WINBURN,** | : | |
| Defendant. | : | |

Now comes Defendant, by and through counsel, and hereby waives his right to appear in person at his Sentencing Hearing, scheduled for July 29, 2020 at 10:30 am, and agrees to participate in the hearing by remote video.

Respectfully submitted,

<u>*/s/ David P. Williamson*</u>
David P. Williamson (#0032614)
BIESER, GREER & LANDIS LLP
6 N. Main Street, Suite 400
Dayton, Ohio 45402-1908
Office:  (937) 223-3277
Direct:  (937) 250-7776
E-mail: dpw@biesergreer.com
Fax: (937) 223-6339
*Attorney for Defendant RoShawn Winburn*

**CERTIFICATE OF SERVICE**

      This is to certify that on the **24th** day of **July 2019**, I filed a true and correct copy of the foregoing document electronically with the Clerk of the Court using the CM/ECF system. I further certify that I mailed a true and correct copy of the foregoing document electronically to all parties in the case who are registered users of the Efiling System.

      BIESER, GREER & LANDIS, LLP

      */s/ David P. Williamson*
      David P. Williamson (#0032614)

4842.219118 / 740460