# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

-vs-                                              Case No.   3:18-cr-119

**ROSHAWN WINBURN,**

        **Defendant.**

## ENTRY GRANTING MOTION TO DELAY EXECUTION OF SENTENCE AND RESETTING VOLUNTARY SURRENDER DATE

This matter is before the Court on the Government's request to extend the Defendant's voluntary surrender date to Ashland FCI from January 4, 2021 to March 31, 2021.

IT IS THE ORDER OF THE COURT that the date for the Defendant's voluntary surrender date be extended from January 4, 2021 until March 31, 2021.

**DONE** and **ORDERED** in Dayton, Ohio, this 17th day of December 2020.

*s/ Thomas M. Rose*

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT