```
              UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF OHIO
                WESTERN DIVISION AT DAYTON
```

**UNITED STATES OF AMERICA,**   : Case No.: 3:18CR119TMR
        **Plaintiff,**   : **MOTION TO DELAY EXECUTION OF SENTENCE**
        vs.
        **ROSHAWN WINBURN,**
        **Defendant.**

The United States hereby moves to delay the execution of the sentence upon defendant Roshawn Winburn and to extend his report date to the Bureau of Prisons ("BOP") until September 1, 2021. During late July 2020, Mr. Winburn was sentenced to six months of imprisonment in this matter. Pursuant to motions of the United States, the Court extended the surrender date on Mr. Winburn's sentence until March 31, 2021. For good cause, the United States respectfully requests that the Court delay this report date a third time and thereby permit Mr. Winburn to remain in the Dayton, Ohio area until late summer 2021.

DATED: March 14, 2021        Respectfully submitted,

                                    VIPAL J. PATEL
                                    UNITED STATES ATTORNEY

                                  <u>s/Brent G. Tabacchi</u>
                                  BRENT G. TABACCHI (6276029 IL)
                                  Assistant United States Attorneys
                                  Attorneys for Plaintiff
                                  602 Federal Building
                                  200 West Second Street
                                  Dayton, OH   45402

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was served on defendant's counsel this 14th day of March 2021 via the Court's ECF System.

                          s/Brent G. Tabacchi
                          BRENT G. TABACCHI
                          Assistant United States Attorney