# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

    Plaintiff,

-vs-                            Case No. 3:18-CR-119

ROSHAWN WINBURN

    Defendant.

---

## ENTRY GRANTING MOTION TO DELAY EXECUTION OF SENTENCE (DOC. 38) AND RESETTING VOLUNTARY SURRENDER DATE

---

For good cause shown, the Motion to Delay Execution of Sentence (doc. 38) is GRANTED. Therefore, IT IS THE ORDER OF THE COURT that the date for the Defendant's execution of sentence and his voluntary surrender date to Ashland FCI be extended from March 31, 2021 to September 6, 2021

**DONE** and **ORDERED** in Dayton, Ohio, this 16th day of March 2021.

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE